Dated: 7 September 2018  01:16 PM          ENTERED UNDER AMENDED ADMINISTRATIVE
                                            ORDER NO. 11-02
                                            TERESA D. UNDERWOOD,
                                            CLERK OF BANKRUPTCY COURT

                                            BY: /s/ Erick Jones
                                                Deputy Clerk

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Carla Edmonds ) | Case No. 18-11291 |
| ) | |
| Debtor ) | CHAPTER 13 |
| ) | |
| ) | **AMENDED ORDER DIRECTING EMPLOYER TO MAKE** |
| Social Security No. xxx-xx-6919 ) | **DEDUCTIONS FROM DEBTOR-EMPLOYEE'S** |
| ) | **WAGES, COMBINED WITH RELATED ORDERS** |
| ) | |

To: **PNC**

The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code.  As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court.  Based on the Debtor's filings, the Debtor's employer is:

Employer's Name:         PNC
Address:                 Two PNC Plaza
                         620 Liberty Avenue
City/State/Zip           Pittsburgh, PA 15222
Phone:                   877 968-7762

In accordance with the relevant provisions of the Debtor's proposed Plan,

IT IS THEREFORE, ORDERED, under 11 U.S.C. §1325(c) and §1326, that the Debtor's employer immediately deduct $2,200.00 per MONTH and the same amount each MONTH thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court.  The Chapter 13 Trustee's name and payment address are:

Lauren Helbling, Chapter 13 Trustee
PO Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

**18-11291**

      IT IS FURTHER ORDERED, under 11 U.S.C. §362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

      IT IS FURTHER ORDERED, that if the Debtor's employment is terminated during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

Attorney for Debtor:    Renée Heller (0062894)  
Address:    14077 Cedar Road, Suite 101  
City/State/Zip    Cleveland, OH 44118  
Phone:    (216) 691-0404

Prepared by:

/s/ Renee Heller  
Renee Heller (0062894)  
Attorney for Debtor  
14077 Cedar Road, Suite 101  
Cleveland, OH 44118  
(216) 691-0404

CERTIFICATE OF SERVICE

A copy of the foregoing *Amended Order Directing Employer To Make Deductions From Debtor-Employee's Wages Combined With Related Orders* has been forwarded to the following persons, via regular mail or electronically, to wit:

    Lauren Helbling, Chapter 13 Trustee  
    Via Court mail box

    Renee Heller, Attorney for Debtor  
    14077 Cedar Road, Suite 101  
    Cleveland, OH 44118

    Carla Edmonds, debtor  
    497 Forsythia Lane  
    Cleveland, OH 44143

    PNC  
    Two PNC Plaza  
    620 Liberty Avenue  
    Pittsburgh, PA 15222